```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

William Alexander Parks

    **v.**                                       Case No. 04-cv-445-PB

Carol A. Tatarinowicz, et al.


### NOTICE OF RULING

    Re:  Document No. 36, Motion for TRO
           Oral Arguments and Hearing

    **Ruling:** Plaintiff has not demonstrated that he is likely to succeed on his claims for injunctive relief.  Nor has he alleged facts that would warrant the use of federal judicial power to enjoin an ongoing prosecution under state law.  Motion denied.


    Entered by:  Paul Barbadoro, District Judge

    Date:  June 24, 2005


cc:  William Alexander Parks, pro se
      Karla J. Black, Esq.
      Donald Gardner, Esq.
      Lawrence Gormley, Esq.
      Daniel J. Mullen, Esq.
      Kenneth D. Murphy, Esq.