UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**William Alexander Parks**

    **v.**                                               Case No. 04-cv-445-PB

**Carol A. Tatarinowicz and
Lucille C. Fitzsimmons, et al.**


**NOTICE OF RULING**

    **Re:  Document No. 49, Defendant Fitzsimmons' Motion
         for Summary Judgment**


    **Ruling**: Accepting as true, the undersigned facts proffered by the defendant in support of her motion, I determine that she is entitled to judgment as a matter of law.  Motion granted.


    Entered by:  Paul Barbadoro, District Judge

    Date:  June 24, 2005


cc:  William Alexander Parks, pro se
     Karla J. Black, Esq.
     Donald Gardner, Esq.
     Lawrence Gormley, Esq.
     Daniel J. Mullen, Esq.
     Kenneth D. Murphy, Esq.