UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**William Alexander Parks**

    **v.**                              Case No. 04-cv-445-PB

**Carol A. Tatarinowicz, et al.**

**NOTICE OF RULING**

    **Re:**  **Document No. 33, Plaintiff's Memorandum in Opposition to State of New Hampshire's Motion to Dismiss**

    **Ruling**: I treat plaintiff's late objection to the state's motion to dismiss as a motion to reconsider my April 12, 2005 order granting the motion to dismiss. The motion to reconsider does not provide good grounds to reconsider my prior order. Motion denied.

    Entered by: Paul Barbadoro, District Judge

    Date: June 24, 2005


cc:  William Alexander Parks, pro se
     Karla J. Black, Esq.
     Donald Gardner, Esq.
     Lawrence Gormley, Esq.
     Daniel J. Mullen, Esq.
     Kenneth D. Murphy, Esq.