UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Parks

v.  Case No. 04-cv-445-PB

Carol Tatarinowicz, et al

ORDER

The plaintiff having failed to comply with the court's Order dated July 5, 2005, the above case is hereby dismissed without prejudice.

SO ORDERED.

August 2, 2005

Paul Barbadoro
United States District Judge

cc: William Parks, pro se
Karla Black, Esq.
Donald Gardner, Esq.
Kenneth D. Murphy, Esq.
William G. Scott, Esq.
Charles P. Bauer, Esq.
Lawrence B. Gormley, Esq.