UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>William Parks</u>

v.    Civil No. 04-cv-445-PB

<u>Carol Tatarinowicz, et al</u>

<u>NOTICE OF RULING</u>

Re: Document No. 81, Order

Ruling: I vacate my order dismissing the complaint without prejudice and instead order that the pleadings that were not accompanied by a certificate of service shall be stricken and returned to the plaintiff.

Entered by: Paul Barbadoro, U.S. District Judge

Date: August 4, 2005

cc: William Parks, pro se
 Karla Black, Esq.
 Donald Gardner, Esq.
 Kenneth D. Murphy, Esq.
 William G. Scott, Esq.
 Charles P. Bauer, Esq.
 Lawrence B. Gormley, Esq.